UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **KENNETH CALLEROS,** | ) | NO. CV 13-1739-DSF (MAN) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| **SCOTT McEWEN, WARDEN,** | ) | |
| Respondent. | ) | |

   Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

   IT IS ADJUDGED that this action is dismissed with prejudice.

DATED:  8/22/14  .

*Dale S. Fischer*

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE